Glenn T. Litwak, Esq., SBN 91510
glenn@litwakandhavkin.com
LAW OFFICES OF LITWAK & HAVKIN
468 N. Camden Dr.
Beverly Hills, CA 90210
Telephone: (310) 858-5574
Facsimile:  (310) 207-4180

JS - 6

Attorney for Plaintiff,  TEVI PEOU LANAI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVI PEOU LANAI, | ) Case No. CV-10-09813-CAS (JCx) |
| Plaintiff, | ) Hon. Christina A. Snyder |
| | ) |
| v. | ) **ORDER ON STIPULATION OF DISMISSAL** |
| | ) |
| MARK J. GAINOR, an individual; and DOES 1 through 10, inclusive, | ) [*Stipulation of Dismissal filed concurrently herewith.*] |
| | ) |
| Defendants. | ) Date Action Filed:   October 12, 2010 |
| | ) Trial Date:          [None] |

**IT IS HEREBY ORDERED** that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) due to the parties' stipulation of Dismissal.

**IT IS SO ORDERED.**

DATED: September 13, 2011

_Christina A. Snyder_

_____
Hon. Christina A. Snyder
United States District Court,
Central District of California

-1-