Glenn T. Litwak, Esq., SBN 91510
glenn@litwakandhavkin.com
LAW OFFICES OF LITWAK & HAVKIN
468 N. Camden Dr.
Beverly Hills, CA 90210
Telephone: (310) 858-5574
Facsimile:  (310) 207-4180

JS - 6

Attorney for Plaintiff,  TEVI PEOU LANAI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVI PEOU LANAI,<br><br>  Plaintiff,<br><br>  v.<br><br>MARK J. GAINOR, an individual; and DOES 1 through 10, inclusive,<br><br>  Defendants. | ) Case No. CV-10-09813-CAS (JCx)<br>) Hon. Christina A. Snyder<br>)<br>) **ORDER ON STIPULATION OF DISMISSAL**<br>)<br>) [*Stipulation of Dismissal filed concurrently herewith.*]<br>)<br>) Date Action Filed:   October 12, 2010<br>) Trial Date:          [None] |

  **IT IS HEREBY ORDERED** that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) due to the parties' stipulation of Dismissal.

**IT IS SO ORDERED.**

DATED: September 13, 2011

_____
Hon. Christina A. Snyder
United States District Court,
Central District of California

-1-

**[*Proposed*] ORDER ON STIPULATION OF DISMISSAL**